# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jamil Ameaga Alim Rogers**　　　　　　　　　　　　　　　　**Docket No. 7:07-CR-63-1D**

### Petition for Action on Supervised Release

COMES NOW Maurice J. Foy, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jamil Ameaga Alim Rogers, who, upon an earlier plea of guilty to Armed Bank Robbery, 18 U.S.C. §§ 2113(a) and (d); Brandishing a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)(ii), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on February 24, 2009, to the custody of the Bureau of Prisons for a term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Jamil Ameaga Alim Rogers was released from custody on November 17, 2017, at which time the term of supervised release commenced.

On October 25, 2018, the court was notified that on October 11, 2018, in Wake County, North Carolina, the defendant committed the offense of Misdemeanor Injury to Real Property. The defendant reported that this new charge was a result of a domestic disagreement between him and his ex-girlfriend. As a result, the probation office recommended that this case be allowed to resolve itself in state court and if the defendant is convicted of the charged, the probation office would provide a new recommendation to the court. The court concurred.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 21, 2018, in Wake County, North Carolina, the defendant committed the offense of Misdemeanor Assault on a Female. The defendant reported that he called the police on his ex-girlfriend for assaulting him and when the police came, she reported that he also assaulted her. As a result, they were both arrested. This is the second domestic situation that Mr. Rogers has been involved in within the last three months. The probation office is recommending that this case be allowed to resolve itself in state court and that the defendant participate in a cognitive behavioral program to better assist him understanding how his thoughts control his behaviors. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Jamil Ameaga Alim Rogers
Docket No. 7:07-CR-63-1D
Petition For Action
Page 2

Reviewed and approved,

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy
Maurice J. Foy
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8678
Executed On: January 02, 2019

## ORDER OF THE COURT

Considered and ordered this __3__ day of __January__, 2019, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge